CV4-316 



IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-316-CV





RAILROAD COMMISSION OF TEXAS,



 APPELLANT


vs.





BELKNAP VAN & STORAGE CO. AND EXECUTIVE VAN LINES, INC.,




 APPELLEES


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 93-00414, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING



 





PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 1, 1995

Do Not Publish